FILED ___ ENTERED
LODGED ___ RECEIVED

DEC 20 2006

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY ___ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PAUL C. CULLOM, JR., et al.,        )   Case No. C06-1655-JLR
                                    )
        Plaintiff,                  )
                                    )
    v.                              )
                                    )   ORDER OF DISMISSAL
CITY OF KENT, et al.,               )
                                    )
        Defendants.                 )
_____)

The Court, having reviewed plaintiffs' complaint and application to proceed *in forma pauperis* (IFP) in this 42 U.S.C. § 1983 civil rights action, together with all papers and exhibits in support and in opposition to those documents, the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, and the balance of the record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation.

(2) Plaintiffs' motion for leave to proceed IFP (Dkt. No. 1) is DENIED and their complaint is DISMISSED without prejudice; and

(3) The Clerk is directed to send copies of this Order to the parties and to Judge Donohue.

DATED this ____ day of __December__, 2006.

JAMES L. ROBART
United States District Judge

06-CV-01655-ORD